**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Jose Gutierrez

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. Cr.S-09-276 JAM |
| | ) | |
| Plaintiff | ) | STIPULATTION AND ORDER |
| | ) | CONTINUING SENTENCING |
| v. | ) | |
| | ) | Date:      September 27, 2011 |
| JOSE GUTIERREZ | ) | Time:      9:30 AM |
| | ) | Court:     JAM |
| Defendant | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Tuesday, August 2, 2011 at 9:30 AM for sentencing be rescheduled for September 27, 2011, at 9:30 AM for sentencing.

This stipulation and agreement is entered into for the following reasons: The defendant has yet to be debriefed and must be debriefed in order to qualify for Safety-Valve. The defendant's debriefing has been caused by a conflict in scheduling between the government and counsel.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1

2        **IT IS SO STIPULATED**

3

4

5        Dated: July 29, 2011           /S/ MICHAEL B. BIGELOW
                                         Michael B. Bigelow
6                                        Attorney for Defendant

7

8

9        Dated: July 29, 2011           /S/HEIKO COPPOLA
                                         Heiko Coppola, AUSA
10

11   **IT IS SO ORDERED**

12

13   August 1, 2011

14                                   /s/ John A. Mendez
                                     Hon. John A. Mendez
15                                   United States District Court Judge

16

17

18

19

20

21

22

23

24

25

–2–

PDF created with pdfFactory trial version www.pdffactory.com