1  **MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
2  331 J Street, Suite 200
Sacramento, California 95814
3  Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com
4
Attorney for Defendant
5  Jose Gutierrez

6

7                       UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA      )    No. Cr.S-09-276 JAM
                                 )
11             Plaintiff         )    STIPULATTION AND ORDER
                                 )    CONTINUING SENTENCING
        v.                       )
12                               )    Date:     October 11, 2011
   JOSE GUTIERREZ                )    Time:     9:30 AM
13                               )    Court:    JAM
               Defendant         )
14                               )

15      IT IS HEREBY STIPULATED AND AGREED by the parties through

16 their respective attorneys that the above referenced matter,

17 calendared for Tuesday, September 27, 2011 at 9:30 AM for

18 sentencing be rescheduled for October 11, 2011, at 9:30 AM for

19 sentencing.

20      This stipulation and agreement is entered into for the

21 following reasons: The defendant has yet to be debriefed and

22 must be debriefed in order to qualify for Safety-Valve. The

23 defendant's debriefing has been delayed by a conflict in

24 scheduling between the government and counsel.

25

                                 -1-

PDF created with pdfFactory trial version www.pdffactory.com

1    **IT IS SO STIPULATED**

2

3

4    Dated: September 21, 2011      /S/ MICHAEL B. BIGELOW
                                    Michael B. Bigelow
5                                   Attorney for Defendant

6

7

8    Dated: September 21, 2011      /S/HEIKO COPPOLA
                                    Heiko Coppola, AUSA
9

10   **IT IS SO ORDERED**

11
     September 21, 2011
12

13                                  /s/ John A. Mendez
                                    Hon. John A. Mendez
14                                  United States District Court

15

16

17

18

19

20

21

22

23

24

25

-2-

PDF created with pdfFactory trial version www.pdffactory.com